U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 19 2013
TONY R. MOORE, CLERK
BY _____ DEPUTY


# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| Anthony | Civil Action No. 6:11-00060 |
| versus | Judge Richard T. Haik, Sr. |
| Wal-Mart Stores Inc., et al | Magistrate Judge C. Michael Hill |

## AMENDED JUDGMENT

The Judgment (Rec. Doc. 62) entered on February 8, 2013, is amended as follows: The trial of this matter was conducted before a jury on February 4, 5 and 6, 2013. On February 6, 2013, the Court granted plaintiffs' oral motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a), filed at the close of all of the evidence, and dismissed defendant's claim of comparative fault against Antigone Anthony. The jury returned a verdict for plaintiffs, Antigone and Scott Anthony, and against defendant, Wal-Mart Stores, Inc.

In accord with the jury verdict rendered on the 6th day of February, 2013,

**IT IS ORDERED** that judgment be and is hereby entered in favor of plaintiff, Antigone Anthony, and against defendant, Wal-Mart Stores, Inc. for in the amount of One Hundred Twenty-Five Thousand One Hundred Ten and 00/100 Dollars ($125,110.00) with pre-judgment interest from the date of judicial demand to the date of entry of judgment at the Louisiana rate of judicial interest and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that judgment be and is hereby entered in favor of plaintiff, Scott Anthony, in the amount of Five Thousand and 00/100 Dollars ($5,000.00) with pre-judgment interest from the date of judicial demand to the date of entry of judgment at the Louisiana rate of judicial interest and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that defendant, Wal-Mart Stores, Inc., is taxed with the costs of this proceeding, as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

**JUDGMENT SIGNED** this 19th day of February, 2013 at Lafayette, Louisiana.

_____
RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE